IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> FRANCISCO CISNEROS- ) <br> HERNANDEZ, ) <br> ) <br> Defendant. ) | Case No. 8:13CR428 <br><br> ORDER |

This case is before the court on the defendant's Motion for Detention Review (#31). The defendant moves the court for an order releasing him to a third-party custodian to reside at 1715 Vinton Street, Omaha, Nebraska 68108. The motion is denied without hearing.

A review of the docket in this case and the May 22, 2014 Memorandum of Pretrial Services, shows the defendant, based on his prior record, is ineligible for an ISAP release and the apartment where the defendant would reside is currently the address of his girlfriend and mother of his child, who is a fugitive with an outstanding warrant from Douglas County, Nebraska.

**IT IS ORDERED:**

1. Defendant's Motion for Detention Review (#31) is denied without hearing.

2. Defendant is currently set for a change of plea hearing on June 26, 2014, at 1:00 P.M., before District Judge Joseph F. Bataillon.

Dated this 29th day of May 2014.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge